MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
AKKE LEVIN
Nevada Bar No. 09102
KIRCHE M. RAY
Nevada Bar No. 16306
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email:    ferrariom@gtlaw.com
             hendricksk@gtlaw.com
             akke.levin@gtlaw.com
             kirche.ray@gtlaw.cm
*Counsel for Defendants, Clark County School District,*
*Jonathan Synold, Anthony Polzien and Paulina*
*Quinonez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MELISSA ROMANO, individually and as parent and natural guardian of her minor children, R.D., S.D., and E.D.,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT; JONATHAN SYNOLD, individually and in his official capacity as Principal of Foothill High School; ANTHONY POLZIEN, individually and in his official capacity as Assistant Principal of Foothill High School; PAULA QUINONEZ, individually and in her official capacity as Cheer Coach at Foothill High School; and DOES I through X, inclusive,

Defendants.

CASE NO. 2:26-cv-01862-GMN-DJA

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Parties, Plaintiff MELISSA ROMANO individually and as parent and natural guardian of her minor children, R.D., S.D., and E.D, ("Plaintiff") and Defendants CLARK COUNTY

1

ACTIVE 725623333v1

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada  89135,
Telephone: (702) 792-3773  /  Facsimile:  (702) 792-9002

SCHOOL DISTRICT, JONATHAN SYNOLD, ANTHONY POLZIEN, and PAULINA QUINONEZ, by and through their undersigned counsel, hereby stipulate as follows:

1.     On May 22, 2026, Plaintiff filed her Complaint naming Clark County School District, Jonathan Synold, Anthony Polzien, and Paulina Zuinonez (together, the "CCSD Defendants") as defendants.

2.     The CCSD Defendants timely filed their Notice of Removal on June 18, 2026. The answer and/or response to Plaintiff's Complaint is therefore due on June 25, 2026.

3.     The parties have agreed to extend the deadline for the CCSD Defendants to respond to Plaintiff's Complaint by two weeks, such that the response for all defendants will be due on July 9, 2026.

4.     This is the parties' first request for an extension. It is made in good faith, and not for the purpose of hindrance or delay.

**IT IS SO STIPULATED.**

**LAW OFFICES OF PHILIP J. TRENCHAK**

By:  _/s/ Philip J. Trenchak_
     PHILIP J. TRENCHAK
     Nevada Bar No. 009924
     1614 S. Maryland Parkway
     Las Vegas, Nevada 89104
     Telephone: (702) 778-9444
     *Counsel for Plaintiff*

**GREENBERG TRAURIG, LLP**

By:  _/s/ Kara B. Hendricks_
     MARK E. FERRARIO
     Nevada Bar No. 01625
     KARA B. HENDRICKS
     Nevada Bar No. 07743
     AKKE LEVIN
     Nevada Bar No. 09102
     KIRCHE M. RAY
     Nevada Bar No. 16306
     10845 Griffith Peak Drive, Suite 600
     Las Vegas, Nevada  89135
     *Counsel for Defendants*

**IT IS SO ORDERED.**

**DATED** this __6__ day of July, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773  /  Facsimile: (702) 792-9002

ACTIVE 725623333v1