Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Plaintiff Melissa Romano*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MELISSA ROMANO, individually and as parent and natural guardian of her minor children, R.D., S.D., AND E.D.,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT; JONATHAN SYNOLD, individually and in his official capacity as Principal of Foothill High School; ANTHONY POLZIEN, individually and in his official capacity as Assistant Principal of Foothill High School; PAULA QUINONEZ, individually and in her official capacity as Cheer Coach at Foothill High School; and DOES I through X, inclusive,

Defendants.

Case No. 2:26-cv-01862-GMN-DJA

**SUBSTITUTION OF ATTORNEY**

Plaintiff Melissa Romano hereby substitutes Jennifer L. Braster, Naylor & Braster, Address: 10100 W. Charleston Blvd., Suite. 120, Las Vegas, NV, 89135; Telephone: (702) 420-7000, as attorney of record in place and stead of: Philip J. Trenchak, Mullins & Trenchak, 1614 S. Maryland Parkway, Las Vegas, NV 89104.

DATED: October 5, 2026

Melissa Romano

I consent to the above substitution.

DATED: Oct 5, 2026

Philip J. Trenchak, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 10/5/26

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.

Please check one: ___X___ RETAINED, or _____ APPOINTED BY THE COURT

IT IS THEREFORE ORDERED that the motion (ECF No. 58) is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to REMOVE Philip J. Trenchak, Esq. as counsel of record in this matter.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2026